IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEVERN JOYNER,<br><br>   Petitioner,<br><br>    v.<br><br>STEVE UPTON<br>FORMER WARDEN, et al.,<br><br>   Respondent. | CIVIL ACTION FILE<br>NO. 1:12-CV-2199-TWT |

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 27 day of September, 2012.


                                          /s/Thomas W. Thrash
                                          THOMAS W. THRASH, JR.
                                          United States District Judge