IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LEVERN JOYNER,

    Petitioner,

      v.

STEVE UPTON
FORMER WARDEN, et al.,

    Respondent.

CIVIL ACTION FILE
NO. 1:12-CV-2199-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action as untimely. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 27 day of September, 2012.

                        /s/Thomas W. Thrash
                        THOMAS W. THRASH, JR.
                        United States District Judge